UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-8239-RMM

UNITED STATES OF AMERICA

vs.

EDWIN JOEL LOPEZ RODRIGUEZ,

Defendant.
_____/

FILED BY ____SP____ D.C.

Jun 9, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:  _____
Brian D. Ralston
Assistant United States Attorney
Court ID No. A5502727
500 South Australian Avenue, Suite 500
West Palm Beach, Florida 33401
Tel: (561) 209-1068
Email: brian.ralston@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

FILED BY ___SP___ D.C.
Jun 9, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| EDWIN JOEL LOPEZ RODRIGUEZ | ) Case No. 22-mj-8239-RMM |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 19, 2022** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii)(II) | Possession with intent to distribute a controlled substance (cocaine) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Michelle Romagnoli*
Complainant's signature

Task Force Officer Michelle Romagnoli, DEA
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by **Facetime**

Date: 06/09/2022

Judge's signature

City and state: West Palm Beach, Florida          Ryon M. McCabe, United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Michelle Romagnoli, a Task Force Officer with the United States Drug Enforcement Administration (DEA), United States Department of Justice, having been duly sworn, do hereby depose and state as follows:

## BACKGROUND OF THE AFFIANT

1. I am a deputized task force officer with the DEA since November 2017. As such, I am a "law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516(1). I have received training on the subject of narcotics trafficking and money laundering from the DEA and have been personally involved in investigations concerning the possession, manufacture, distribution, transportation and importation of controlled substances, as well as methods used to finance drug transactions and launder drug proceeds.

2. Prior to my assignment with the DEA, and since May 2000, I have been employed as a Deputy Sheriff by the Palm Beach County Sheriff's Office (PBSO). Over the course of my career, I have conducted numerous investigations into the possession, sale, delivery, and trafficking of illegal narcotics and other controlled substances. I have acted in an undercover capacity on approximately one hundred occasions to purchase narcotics from street-level dealers and conducted physical and wire surveillance. I have also executed numerous arrest and search warrants.

## PURPOSE OF THIS AFFIDAVIT

3. The information in this affidavit is based on my own personal knowledge as well as information imparted to me from other law enforcement officers and agents and a confidential

1

source. The limited purpose of this affidavit is to establish probable cause for the arrest of Edwin Joel LOPEZ RODRIGUEZ (LOPEZ RODRIGUEZ) for having committed the criminal offense of distribution of a controlled substance (cocaine), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B). Accordingly, this affidavit does not set forth every fact that is known to me, or other officers, regarding LOPEZ RODRIGUEZ.

## BACKGROUND

4. In or about December 2021, following a series of controlled buys of cocaine, agents from the DEA detained and interviewed a subject involved in the distribution of cocaine in and around Palm Beach County, Florida. This subject is cooperating with DEA with the hope of mitigating the sentence for his drug trafficking crimes and is hereinafter referred to as a confidential source (CS).[1]

5. As part of the CS's cooperation, in December 2021, the CS provided agents with consent to search a residence he owned and which was identified by agents as a stash location. During the search of the residence, located in Palm Beach County, Florida agents seized approximately 368 grams of a substance which tested positive for cocaine, other controlled substances and $65,020.00 in United States currency (USC). The CS advised that he purchased the cocaine seized by agents from a subject later identified as LOPEZ RODRIGUEZ and admitted that the USC seized by agents from the same location was in part, proceeds from the sale of cocaine. The CS went on to tell agents that he has been purchasing cocaine from LOPEZ RODRIGUEZ for approximately two years. More specifically, the CS advised that on the first three meetings with LOPEZ RODRIGUEZ, he (the CS) purchased one half of a kilogram of

---

[1] The CS shall be referred to herein in the masculine gender even though this may not be reflective of the CS's true gender.

cocaine in exchange for $18,500. Thereafter the CS advised he would purchase one kilogram at each meeting in exchange for $35,000 - $36,000. The CS estimated that he had purchased cocaine from LOPEZ RODRIGUEZ approximately 15 times over the last two years and said that the most cocaine he ever purchased from LOPEZ RODRIGUEZ at one time was two kilograms.

6. In furtherance of the investigation, agents instructed the CS to maintain contact with LOPEZ RODRIGUEZ and on January 17, 2022 under the supervision of agents, the CS placed a recorded call to LOPEZ RODRIGUEZ. During this call, the CS advised LOPEZ RODRIGUEZ of his (the CS's) new telephone number, to which LOPEZ RODRIGUEZ acknowledged and advised he would save for the future.

## PROBABLE CAUSE

7. On January 19, 2022, at approximately 9:18 a.m., the CS received an incoming call from LOPEZ RODRIGUEZ. During this call, LOPEZ RODRIGUEZ told the CS that he (LOPEZ RODRIGUEZ) would be traveling to the area of West Palm Beach and asked the CS what he needed, referring to cocaine. During a series of telephone calls on this date, the CS explained to LOPEZ RODRIGUEZ that he (the CS) only had $9,500 and asked LOPEZ RODRIGUEZ to bring him ¼ of a kilogram of cocaine. LOPEZ RODRIGUEZ advised the CS that he would not break it up, referring to splitting a kilogram of cocaine into smaller amounts. Eventually, LOPEZ RODRIGUEZ agreed to bring the CS one kilogram of cocaine and also told the CS that he (LOPEZ RODRIGUEZ) would work with him on payment. The CS understood this to mean that LOPEZ RODRIGUEZ would accept a partial payment of $9,500 and front the CS the entire kilogram of cocaine. During a follow up telephone call, LOPEZ RODRIGUEZ told the CS he would call the CS when he was approximately 45 minutes away from the meeting location. During subsequent

3

calls between the CS and LOPEZ RODRIGUEZ on this date, the parties agreed to meet in the parking lot of Mom's Kitchen, located at 7478 Lake Worth Road, Lake Worth, Florida.

8. At approximately 4:04 p.m., agents observed a white Toyota Tacoma truck, bearing Florida tag QCHR88, registered to LOPEZ RODRIGUEZ arrive to the parking lot of Mom's Kitchen located at 7478 Lake Worth Road, Lake Worth, Florida and back into a parking space next to the CS's vehicle. Aerial surveillance video captured the CS walk to the rear passenger door of the Toyota Tacoma and open the door. LOPEZ RODRIGUEZ exited the driver's door and opened the rear driver's side door, allowing him to speak to the CS through the interior of the rear seat. After a short time, aerial surveillance captured LOPEZ RODRIGUEZ as he placed an object into the rear truck bed of the CS's vehicle. Moments later, the CS closed the passenger door of the Toyota truck, walked around the back of the vehicles and then re-entered the driver's seat of his (the CS's) vehicle. LOPEZ RODRIGUEZ re-entered the driver's seat of his vehicle and left the area. Ground and aerial surveillance units followed LOPEZ RODRIGUEZ, as he left the area and until he entered on to northbound I-95.

9. Additional agents followed the CS from the meeting with LOPEZ RODRIGUEZ to a pre-determined location. Upon meeting with the CS, agents seized a cardboard box from the back of the CS's vehicle, which contained the cocaine purchased from LOPEZ RODRIGUEZ. The CS advised upon meeting with LOPEZ RODRIGUEZ, they greeted one another outside of their vehicles. Then LOPEZ RODRIGUEZ opened the driver's side rear door of his truck and pulled the back-passenger seat down. LOPEZ RODRIGUEZ then retrieved what the CS recognized to be one kilogram of cocaine from the area behind the seat and placed it into a cardboard box. The CS gave LOPEZ RODRIGUEZ the $9,500 of DEA OAF and then told LOPEZ RODRIGUEZ that he would have the remainder of the money owed for the kilogram of cocaine in the near future.

Through conversation, LOPEZ RODRIGUEZ agreed to give the CS additional time to pay for the cocaine. The CS and LOPEZ RODRIGUEZ spoke briefly about fishing and then the meeting ended. The CS walked back to the driver's seat of his vehicle and departed. At the conclusion of the operation, agents field tested the substance and it tested positive for the presence of cocaine. Agents also weighed the cocaine which resulted in a weight of approximately 1037.5 grams. This meeting between the CS and LOPEZ RODRIGUEZ was both audio and video recorded.

10. On February 7, 2022 following a series of recorded calls between the CS and LOPEZ RODRIGUEZ, agents conducted an undercover operation wherein the CS met with LOPEZ RODRIGUEZ to make another payment for the cocaine that LOPEZ RODRIGUEZ sold to the CS on January 19, 2022 and which was later seized by agents. Prior to the meeting with LOPEZ RODRIGUEZ, agents conducted a search of the CS and the CS's vehicle for drugs, weapons, currency or contraband; none were discovered. Agents then provided the CS with $9,500 of DEA OAF.

11. At approximately 3:15 p.m., the CS arrived to the parking lot of Planet Fitness, located at 6707 W. Indiantown Road, Jupiter, Florida and parked his vehicle. At approximately 3:38 p.m. agents observed a white 2022 Dodge RAM truck bearing Florida tag QCHR88, registered to LOPEZ RODRIGUEZ arrive to the same parking lot and park. Aerial surveillance video captured LOPEZ RODRIGUEZ as he exited the Dodge Ram truck, walked to the CS's vehicle and entered the front passenger seat. Once inside the vehicle, the CS gave LOPEZ RODRIGUEZ $9,500 of DEA OAF. LOPEZ RODRIGUEZ accepted the payment and then engaged the CS in conversation as to why he (the CS) did not have all of the money owed to him (LOPEZ RODRIGUEZ) for the cocaine previously provided by LOPEZ RODRIGUEZ to the CS. During the conversation, the CS provided an explanation as to why he didn't have all of the money

owed and assured LOPEZ RODRIGUEZ that he (the CS) would get him the remainder of the money in the near future. LOPEZ RODRIGUEZ told the CS he (LOPEZ RODRIGUEZ) was getting pressure from his people for the rest of the money and also advised the CS that he (LOPEZ RODRIGUEZ) was going to be forced to use his own money to pay the CS's debt. A short time later, LOPEZ RODRIGUEZ exited the CS's vehicle and returned to the Dodge Ram truck. This meeting was both audio and video recorded.

12. On February 17, 2022 following a series of recorded calls between the CS and LOPEZ RODRIGUEZ, agents conducted an undercover operation wherein the CS met with LOPEZ RODRIGUEZ to make a final payment for cocaine that LOPEZ RODRIGUEZ sold to the CS on January 19, 2022 and which was later seized by agents. Prior to the meeting with LOPEZ RODRIGUEZ, agents conducted a search of the CS and the CS vehicle for drugs, weapons, currency or contraband; none were discovered. Agents then provided the CS with $8,000 of investigative funds derived from the United States Postal Inspection Service (USPIS).

13. At approximately 4:50 p.m., the CS arrived to the parking lot of Home Depot, located at 5880 Okeechobee Road, Ft Pierce, Florida and parked in a parking spot. Moments later, agents observed a white 2022 Dodge Ram truck bearing Florida tag QCHR88, known to be registered to LOPEZ RODRIGUEZ arrive to the same parking lot and park. A short time later, agents observed LOPEZ RODRIGUEZ as he walked to the front passenger side of the CS's vehicle and entered. Once inside the vehicle, the CS gave LOPEZ RODRIGUEZ the aforementioned $8,000 of investigative funds. LOPEZ RODRIGUEZ accepted the payment and through conversation, told the CS that his (the CS) debt was now paid. Moments later, LOPEZ RODRIGUEZ exited the CS's vehicle, returned to the Dodge Ram truck and left the area.

6

## CONCLUSION

14. Therefore, based on the facts and information set forth in this affidavit, I respectfully submit that there is probable cause to believe that LOPEZ RODRIGUEZ has committed the criminal offense of distribution of cocaine in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii)(II).

FURTHER YOUR AFFIANT SAITH NAUGHT.

*[signature]*
MICHELLE ROMAGNOLI
TASK FORCE OFFICER
U.S. DRUG ENFORCEMENT ADMINISTRATION

Subscribed and Attested to me by Applicant on this 9 day of June, 2022 by Telephone-Facetime per Fed. R. Crim. P. 4(d) and 4.1

*[signature]*
HONORABLE RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE

7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-mj-8239-RMM

## BOND RECOMMENDATION

DEFENDANT: Edwin Joel Lopez Rodriguez

Pre-trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Brian D. Ralston

Last Known Address: 2584 Tanner Terrace

Kissimmee, Florida

What Facility: _____

Agent(s): TFO Michelle Romagnoli
(FBI) (SECRET SERVICE) (**DEA**) (IRS) (ICE) (OTHER)